An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

THOMAS EDWARD O'DONNELL, A/K/A THOMAS BRADFORD, A/K/A THOMAS BRADSHAW, A/K/A CHARLIE NAGEL O'DONNELL, A/K/A THOMAS WHITE,
                                    Appellant,
                    vs.
THE STATE OF NEVADA,
                                    Respondent.

No. 67894

**FILED**

JUN 2 2 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se appeal. Eighth Judicial District Court, Clark County; William D. Kephart, Judge.

Our review of this appeal reveals a jurisdictional defect. The right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). No statute or court rule provides for an appeal from a district court order denying a motion for bail. Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

Supreme Court
OF
Nevada

(O) 1947A

15-18999

cc: Hon. William D. Kephart, District Judge
Thomas Edward O'Donnell
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A